FILED

APR 3 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

CW

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Bryan E. Ransom,

                        Plaintiff,

    vs.

Duncans, et al.

                        Defendant.

CV. 08     2256

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, B. Ransom _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.     Are you presently employed?                 Yes _____  No ✓_____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer.

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received.  (If you are imprisoned, specify the last place of

2  employment prior to imprisonment.)

3  _1996 $ 700.00, 1500 W. 204th St. Torrance, Ca._

4  _____

5  _____

6  2.    Have you received, within the past twelve (12) months, any money from any of the following

7  sources:

8        a.    Business, Profession or              Yes ____ No ✔

9              self employment

10       b.    Income from stocks, bonds,           Yes ____ No ✔

11             or royalties?

12       c.    Rent payments?                       Yes ____ No ✔

13       d.    Pensions, annuities, or              Yes ____ No ✔

14             life insurance payments?

15       e.    Federal or State welfare payments,   Yes ____ No ✔

16             Social Security or other govern-

17             ment recipts?

18  If the answer is "yes" to any of the above, describe each source of money and state the amount

19  received from each.

20  _____

21  _____

22  3.    Are you married?                          Yes ____ No ✔

23  Spouse's Full Name: _____

24  Spouse's Place of Employment: _____

25  Spouse's Monthly Salary, Wages or Income:

26  Gross $_____ Net $_____

27  4.    a.    List amount you contribute to your spouse's support:$ ____N/A____

28        b.    List the persons other than your spouse who are dependent upon you for support

1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

3  _____
4  N/A _____

5  5.    Do you own or are you buying a home?        Yes _____  No ✔
6  Estimated Market Value: $_____ Amount of Mortgage: $_____

7  6.    Do you own an automobile?                   Yes _____  No ✔
8  Make _____ Year _____ Model _____
9  Is it financed? Yes _____ No _____ If so, Total due: $ _____
10 Monthly Payment: $ _____

11 7.    Do you have a bank account?   Yes _____ No ✔ (Do not include account numbers.)
12 Name(s) and address(es) of bank: _____
13 _____
14 Present balance(s): $ _____
15 Do you own any cash? Yes _____ No _____ Amount: $ _____
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.) Yes _____ No _____
18 _____

19 8.    What are your monthly expenses?
20 Rent: $ 0.00 _____ Utilities: 0.00 _____
21 Food: $ 0.00 _____ Clothing: 0.00 _____
22 Charge Accounts:

23 | Name of Account | Monthly Payment | Total Owed on This Acct. |
24 | N/A | $ N/A | $ N/A |
25 | _____ | $ _____ | $ _____ |
26 | _____ | $ _____ | $ _____ |

27 9.    Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.)

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 3 -

N/A

10.     Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ____ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

        I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

        I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

April 23, 2008
        DATE

B. Ransom
        SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS                      - 4 -

REPORT ID: TS3030    .701

REPORT DATE: 04/17/08
PAGE NO:    1

CALIFORNIA DEPARTMENT OF CORRECTIONS
HIGH DESERT STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: APR. 01, 2008 THRU APR. 17, 2008

ACCOUNT NUMBER : H71641                     BED/CELL NUMBER: ZU0000000001195L
ACCOUNT NAME   : RANSOM, BRYAN                   ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 03/27/2008 | H109 | LEGAL POSTAGE HOLD | 4200 03/25 | 0.97 |
| 03/27/2008 | H109 | LEGAL POSTAGE HOLD | 4200 03/25 | 1.14 |
| 03/27/2008 | H109 | LEGAL POSTAGE HOLD | 4200 03/25 | 1.14 |
| 03/27/2008 | H109 | LEGAL POSTAGE HOLD | 4200 03/25 | 1.14 |
| 03/27/2008 | H109 | LEGAL POSTAGE HOLD | 4200 03/25 | 0.97 |
| 03/27/2008 | H109 | LEGAL POSTAGE HOLD | 4200 03/25 | 1.14 |
| 03/27/2008 | H109 | LEGAL POSTAGE HOLD | 4200 03/25 | 1.14 |
| 04/02/2008 | H109 | LEGAL POSTAGE HOLD | 4289 04/01 | 0.41 |
| 04/16/2008 | H118 | LEGAL COPIES HOLD | 4639 04/15 | 5.90 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 13.95 | 0.00 |

CURRENT
AVAILABLE
BALANCE
-------------
13.95
-------------