

**FILED**
JUN 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Bryan C. Ransom,
        Plaintiff,

v.

Duncan, et al.,
        Defendant.

CASE NO. C08-2256 CW

PRISONER'S
IN FORMA PAUPERIS
APPLICATION

I, Bryan B. Ransum, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.     Are you presently employed?     Yes ___   No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

    1996    1500 W. 204th St. #1, Torrance, Ca.

2.     Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.     Business, Profession or     Yes ___   No ✓
        self employment
    b.     Income from stocks, bonds,     Yes ___   No ✓
        or royalties?

    c.    Rent payments?     Yes ___ No ✓

    d.    Pensions, annuities, or life insurance payments?     Yes ___ No ✓

    e.    Federal or State welfare payments, Social Security or other government source?     Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.    Are you married?    Yes ___ No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____   Net $_____

4.    a.    List amount you contribute to your spouse's support:  N/A

$ _____

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____

_____

5.    Do you own or are you buying a home?    Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?    Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes ___ No ✓

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ___ No ___ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)
Yes ___ No ___

_____

8. What are your monthly expenses? $ .0

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

_____No_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

3

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5/19/08
DATE

*B. Ransom*
SIGNATURE OF APPLICANT

Case Number:_____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Bryan E. Ransom_ for the last six months at
[prisoner name]

_High Dessert State Prison_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _0.00_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _0.00_

Dated: _6-4-08_                    _____
                                    Authorized officer of the institution

```
REPORT ID: TS3030  .701                                              REPORT DATE: 06/04/08
                                                                     PAGE NO:           1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                              HIGH DESERT STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: DEC. 04, 2007 THRU JUN. 04, 2008

ACCOUNT NUMBER : H71641                        BED/CELL NUMBER: ZU000000000195L
ACCOUNT NAME   : RANSOM, BRYAN                 ACCOUNT TYPE: I
PRIVILEGE GROUP: D

                              TRUST ACCOUNT ACTIVITY

    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                            CURRENT HOLDS IN EFFECT

DATE        HOLD
PLACED      CODE       DESCRIPTION              COMMENT              HOLD AMOUNT
------      ----       -----------              -------              -----------
05/07/2008  H109   LEGAL POSTAGE HOLD       5144  05/06                   1.14
05/08/2008  H118   LEGAL COPIES HOLD        5212  05/08                   2.00
05/08/2008  H118   LEGAL COPIES HOLD        5212  05/08                   5.00
05/08/2008  H118   LEGAL COPIES HOLD        5211  05/07                   1.60
05/08/2008  H118   LEGAL COPIES HOLD        5211  05/07                   0.50
05/08/2008  H118   LEGAL COPIES HOLD        5211  05/07                   2.80
05/14/2008  H109   LEGAL POSTAGE HOLD       5344  05/13                   1.00
05/14/2008  H109   LEGAL POSTAGE HOLD       5344  05/13                   1.00
05/27/2008  H109   LEGAL POSTAGE HOLD       5504  05/20                   1.34
05/27/2008  H109   LEGAL POSTAGE HOLD       5505  05/20                   1.00
05/27/2008  H109   LEGAL POSTAGE HOLD       5505  05/20                   1.00
05/27/2008  H109   LEGAL POSTAGE HOLD       5505  05/20                   1.85

                              TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL         TOTAL         CURRENT        HOLDS       TRANSACTIONS
 BALANCE       DEPOSITS     WITHDRAWALS     BALANCE       BALANCE      TO BE POSTED
---------      --------     -----------     -------       -------      ------------
   0.00          0.00          0.00           0.00         20.23           0.00

                                                            CURRENT
                                                           AVAILABLE
                                                            BALANCE
                                                           ---------
                                                              20.23-
```

[Stamp, rotated: "THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE / CALIFORNIA DEPARTMENT OF CORRECTIONS" with signature dated 6-9-08]

HIGH DESERT STATE PRISON
NAME: Bryan E. Ransom
CDC#: H-71691  BED: Z Unit 195
PO BOX 3030 SUSANVILLE CA 96127

049J82046573
$01.00⁰
06/09/2008
Mailed From 96127
US POSTAGE

Pro Se

RECEIVED
JUN 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California
Office of The Clerk
450 Golden Gate Ave., 16th Fl.
San Francisco, Ca 94102